**Brenda Anne ST. AMANT**

v.

**Jerome ST. AMANT.**

**No. 81–464–M.P.**

Supreme Court of Rhode Island.

· Oct. 28, 1981.

S. Thomas Cotroneo, Johnston, for plaintiff-respondent.

Fontaine & Croll, Ltd., Paul A. Fontaine, Woonsocket, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is denied.

**AMICA MUTUAL INS. CO.**

v.

**F. Albert STARR et al.**

**No. 81–204–A.**

Supreme Court of Rhode Island.

Nov. 12, 1981.

Higgins, Cavanagh & Cooney, John T. Walsh, Jr., Providence, for plaintiff.

Zimmerman, Roszkowski & Brenner, Richard E. Kyte, Jr., Woonsocket, for defendants.

### ORDER

This case comes before us on plaintiff's motion to affirm the judgment of the Superior Court pursuant to our Rule 16(g). After a careful review of the record and the brief submitted by defendants, and after hearing the arguments of counsel on November 5, 1981, we hereby grant the motion to affirm.

KELLEHER, J., was present for oral argument but did not participate in the decision.

**Aram K. BERBERIAN**

v.

**Ronald D. FORTUNE et al.**

**No. 81–284–A.**

Supreme Court of Rhode Island.

Nov. 12, 1981.

Aram K. Berberian, pro se.

John P. Toscano, Jr., Town Sol., Charlestown, for defendants.

### ORDER

This case came before us on November 4, 1981 on the defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g). Upon consideration of the arguments presented, we conclude that said motion to affirm ought to be granted.

Accordingly, the defendants' motion to affirm the judgment below is hereby granted, and the plaintiff's appeal is denied and dismissed.